Neale R. Skorberg and Cal Gillen, Copartners, d/b/a Progress, Inc., et al., Plaintiffs-Appellees, v. City of DeKalb, a Municipal Corporation, et al., Defendant-Appellant.

Gen. No. 11,683.

Second District, Second Division.
February 19, 1963.
Rehearing denied April 2, 1963.

Morgan, Halligan & Lanoff, of Chicago, and Edward F. Diedrich, of DeKalb (Edward F. Diedrich and Samuel M. Lanoff, of counsel), for appellant; Reid, Ochsenschlager, Murphy and Hupp, of Aurora (William C. Murphy, Stephen J. Mrkvicka and Gilbert X. Drendel, of counsel), for appellees. Opinion by PRESIDING JUSTICE WRIGHT. Not to be published in full.